FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA SNS
2026 SEP 25 AM11 30
CAROL L. MICHEL, CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 26-215** |
| **v.** | * | **SECTION: "A" (3)** |
| **MARCUS WILLIAMS ROBINSON** | * | |
| | * | |

* * *

## GOVERNMENT'S MOTION AND INCORPORATED MEMORANDUM TO UNSEAL INDICTMENT

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes the United States of America, and respectfully moves this Honorable Court to unseal the Indictment in the above-captioned matter. The defendant is in custody, and it is no longer necessary for the indictment to remain sealed.

___Fee________
___Process________
X Dktd________
___CtRmDep________
___Doc.No.________

**WHEREFORE**, it is respectfully requested that the Court unseal the above-captioned.

Respectfully,

DAVID I. COURCELLE
UNITED STATES ATTORNEY

MARY ANNE FLIPPO
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-0001

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2026, I filed the foregoing with the Clerk of Court and provided a copy to all defense counsel of record via electronic mail.

MARY ANNE FLIPPO
Assistant United States Attorney